

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00123-CV

| | | |
|---|---|---|
| HEATHER MORTELL, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | |
| V. | | of Parker County (CIV-17-0812) |
| | § | |
| | | October 31, 2019 |
| DANIEL JESSIE PRUETT AND BONITA POLK STEGER, Appellees | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
       Justice Elizabeth Kerr